FILED

05/27/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0638

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0638

_____

WJG, LLC, a Montana Limited
Liability Company,

      Plaintiff and Appellee,

  v.                                 O R D E R

BOBBI HURLEY & JOHN AND
JANE DOES, 1-10,

      Defendant and Appellant.

_____

Appellant Bobbi Hurley was granted an extension of time to file and serve her opening brief on or before May 25, 2022. The opening brief is now overdue.

THEREFORE,

IT IS ORDERED that Appellant shall prepare, file, and serve the opening brief on appeal no later than June 27, 2022. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide a copy of this Order to all parties in this appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 27 2022